CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Saloman Navarrette-Rodriguez**<br>YOB: 1993; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-05996 MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about April 28, 2019, at or near Nogales, in the District of Arizona, **Saloman Navarrette-Rodriguez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Luis, Arizona on April 6, 2012, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about April 28, 2019, at or near Nogales, in District of Arizona, **Saloman Navarrette-Rodriguez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Saloman Navarrette-Rodriguez** is a citizen of Mexico. On April 6, 2012, **Saloman Navarrette-Rodriguez** was lawfully denied admission, excluded, deported and removed from the United States through San Luis, Arizona. On April 28, 2019, agents found **Saloman Navarrette-Rodriguez** in the United States at or near Nogales, Arizona without the proper immigration documents. **Saloman Navarrette-Rodriguez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Saloman Navarrette-Rodriguez** admitted to illegally entering the United States of America from Mexico on or about April 28, 2019, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/JJO<br>AUTHORIZED AUSA /s/Julie Sottosanti | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br><br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 29, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54